UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.  07-012 |
| VERSUS | * | SECTION: "K" |
| JESUS JESSE PADILLA | * | |
| | *    *    * | |

ORDER

Considering the foregoing Motion by the United States;

**IT IS HEREBY ORDERED** that, pursuant to U.S.S.G. § 3E1.1(b), the downward adjustment for this defendant's acceptance of responsibility should be 3 points.

New Orleans, Louisiana, this 18th day of September, 2007.

_____
UNITED STATES DISTRICT JUDGE